JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, <br>     Plaintiff, <br>  v. <br> **Martha A. Molina**; and Does 1-10, <br>     Defendants. | Case 2:14-CV-07876-BRO-AS <br><br> Judgment Re: Default Judgment |

1  Upon review of the court files, the application for default judgment, the
2  declarations submitted in support of the default judgment, and the evidence
3  presented having been fully considered, it is hereby ordered and adjudged that
4  plaintiff Daniel Lopez shall have JUDGMENT in his favor in the amount of
5  $5,020, representing a judgment of $4,000, attorney fees in the amount of $600,
6  and $420 in costs against defendant Martha A. Molina

7  Additionally, the Court orders Defendant Molina to create a ramp or
8  otherwise remove the stairs at the entrance of the store and to remove all barriers
9  inside the store to permit an accessible path of travel in compliance with the 2010
10 ADA Standards and ADAAG at the property located at 9601 S. Figueroa Street,
11 Los Angeles, California, in compliance with the Americans with Disabilities Act
12 Accessibility Guidelines.

Dated: February 2, 2015            By:_____
                                           United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff